EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Natacha Carlo Aybar | 2019 TSPR 2 <br><br> 201 DPR ____ |
| --- | --- |

Número del Caso:  TS-15,095


Fecha: 4 de enero de 2019


Abogado del peticionario:

            Por derecho propio


Materia:  Reactivación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Natacha Carlo Aybar                    TS-15,095

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de enero de 2019.

Examinada la *Moción solicitando reactivación de abogado en el Registro Único de Abogados y Abogadas* que presentó la Sra. Natacha Carlo Aybar, se declara con lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico. Además, se le ordena a la licenciada Carlo Aybar revisar su información de contacto en el RUA para confirmar que esté actualizada.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina